**THE OTTINGER FIRM, P.C.**
Robert W. Ottinger (Bar No. 156825)
robert@ottingerlaw.com
Melanie L. Proctor (Bar No. 228971)
melanie@ottingerlaw.com
2108 N Street, Suite N
Sacramento, California 95816
Telephone: (415) 262-0096
Facsimile: (212) 571-0505

Attorneys for Plaintiff and Counter-Defendant Robert Gruendel

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Sara Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Teodora Pasca (admitted *pro hac vice*)
teodorapasca@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016-7103
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendant and Counter-Claimant Figure AI Inc.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRUENDEL, an individual,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>FIGURE AI INC., a Delaware Corporation,<br><br>    Defendant and Counter-Claimant. | Case No. 5:25-cv-10094-EJD<br><br>**JOINT STIPULATION TO EXTEND TIME FOR INITIAL DISCOVERY PURSUANT TO GENERAL ORDER 71 AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Edward J. Davila |

1     Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Plaintiff and Counter-Defendant Robert Gruendel ("Mr. Gruendel") and Defendant and Counter-Claimant Figure AI Inc. ("Figure", collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

    **WHEREAS**, on November 21, 2025, Mr. Gruendel filed his Complaint in this Court;

    **WHEREAS**, on January 16, 2026, Figure answered Mr. Gruendel's Complaint and also filed Counter-Claims against Mr. Gruendel;

    **WHEREAS**, the Parties have agreed that General Order 71 applies to this dispute;

    **WHEREAS**, General Order 71 indicates that Mr. Gruendel and Figure's Initial Discovery, as that term is defined therein, "shall be provided within 30 days after the defendant has submitted a responsive pleading or motion, unless the assigned judge rules otherwise";

    **WHEREAS**, the Parties agree to a 30-day extension beyond the original deadline to allow them additional time to prepare their Initial Discovery;

    **WHEREAS**, such extension of time will not alter any date or deadline fixed by Court order, including the Joint Case Management Statement due February 6, 2026 and the Initial Case Management Conference scheduled for February 19, 2026; and

    **WHEREAS**, no party will be prejudiced by the stipulated-to extension;

    **NOW THEREFORE**, the Parties hereby stipulate and agree that the deadline for both parties to serve their Initial Discovery will be March 17, 2026.

Jointly agreed submitted,

DATED: January 30, 2026   THE OTTINGER FIRM, P.C.

By /s/ Melanie Proctor
Melanie Proctor

*Attorney for Plaintiff and Counter-Defendant Robert Gruendel*

DATED: January 30, 2026   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Sara Pollock
Sara Pollock

*Attorney for Defendant and Counter-Claimant Figure AI Inc.*

**[PROPOSED] ORDER EXTENDING TIME FOR INITIAL DISCOVERY PURSUANT TO GENERAL ORDER 71**

Pursuant to the parties' stipulation, and good cause appearing, the Court orders that the deadline for the Parties to serve their Initial Discovery, as that term is defined in General Order 71, is March 17, 2026.

IT IS SO ORDERED.

DATED: January 30, 2026

Judge Hon. Edward Davila
United States District Court Judge