**THE OTTINGER FIRM, P.C.**
Robert W. Ottinger (Bar No. 156825)
robert@ottingerlaw.com
2108 N Street, Suite N
Sacramento, California 95816
Telephone: (415) 262-0096
Facsimile: (212) 571-0505

Attorney for Plaintiff and Counter-Defendant Robert Gruendel

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Sara Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Teodora Pasca (admitted *pro hac vice*)
teodorapasca@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016-7103
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendant and Counter-Claimant Figure AI Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT GRUENDEL, an individual,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>FIGURE AI INC., a Delaware Corporation,<br><br>Defendant and Counter-Claimant. | Case No. 5:25-cv-10094-EJD<br><br>**JOINT STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; and ORDER**<br><br>Judge: Hon. Edward J. Davila<br><br>*** AS MODIFIED *** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-2, Plaintiff and Counter-Defendant Robert Gruendel ("Mr. Gruendel") and Defendant and Counter-Claimant Figure AI Inc. ("Figure", collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, the Initial Case Management Conference ("the Conference") in this matter is currently scheduled for February 19, 2026 at 10 a.m. in person;

**WHEREAS**, on February 12, 2026, lead counsel for Mr. Gruendel filed a Notice of Withdrawal (Dkt. 31), and his new counsel thus requires additional time to prepare for the Conference;

**WHEREAS**, lead counsel for Figure, Viola Trebicka, is unavailable to attend in person on February 19, 2026 due to a prior-scheduled in-person hearing in another city, and Figure thereby also filed an administrative request for her to attend the Conference by Zoom on February 12, 2026 (Dkt. 30);

**WHEREAS**, counsel for the Parties have conferred and are both available on March 5, 2026;

**WHEREAS**, rescheduling the Conference will not alter any other dates or deadlines fixed by Court order; and

**WHEREAS**, no party will be prejudiced by the stipulated-to request to reschedule;

**NOW THEREFORE**, the Parties hereby stipulate and agree to respectfully request an Order rescheduling the Conference to March 5, 2026;

**AND**, should the Conference be rescheduled to March 5, 2026, Figure hereby withdraws its prior administrative request for Ms. Trebicka to attend the February 19, 2026 Conference by Zoom (Dkt. 30);

**AND**, the Parties undertake to confer and provide alternative dates for the Conference should the Court be unavailable on March 5, 2026.

Jointly agreed submitted,

DATED: February 12, 2026

THE OTTINGER FIRM, P.C.

By */s/ Robert Ottinger*
Robert Ottinger

*Attorney for Plaintiff and Counter-Defendant Robert Gruendel*

DATED: February 12, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Sara Pollock*
Sara Pollock

*Attorney for Defendant and Counter-Claimant Figure AI Inc.*

**RESCHEDULING CASE MANAGEMENT CONFERENCE**

**~~[PROPOSED]~~ ORDER ~~EXTENDING TIME FOR INITIAL DISCOVERY PURSUANT TO GENERAL ORDER 71~~**

Pursuant to the parties' stipulation, and good cause appearing, the Court orders that the Initial Case Management Conference be rescheduled to March 5, 2026, at 10:00 a.m. in San Jose, Courtroom 4, 5th Floor.

IT IS SO ORDERED.

DATED: February 13, 2026



Judge Hon. Edward Davila
United States District Court Judge