UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT GRUENDEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIGURE AI, INC.,<br><br>　　　　Defendant. | Case No.  25-cv-10094-EJD (VKD)<br><br>**ORDER DIRECTING PLAINTIFF TO DELIVER CHAMBERS COPY**<br><br>Re: Dkt. No. 44 |

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings, including joint discovery dispute letters, "no later than the close of the next court day following the day that the paper was electronically filed."  Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received a chambers copy of the parties' June 9, 2026 joint discovery letter brief (Dkt. No. 44).  By **4:00 p.m. on June 12, 2026**, filing party Mr. Gruendel shall deliver a chambers copy of that filing in accordance with this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: June 11, 2026

Virginia K. DeMarchi
United States Magistrate Judge