**THE OTTINGER FIRM, P.C.**
Robert W. Ottinger (Bar No. 156825)
robert@ottingerlaw.com
2108 N Street, Suite N
Sacramento, CA 95816
Tel: (415) 262-0096 // Fax: (212) 571-0505

Allison Marculitis (admitted *pro hac vice*)
allison@ottingerlaw.com
195 Montague Street, 14th Floor
Brooklyn, NY 11201
Tel: (212) 931-6413

*Attorneys for Plaintiff/Counter-Defendant*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: (213) 443-3000 // Fax: (213) 443-3100
Sara Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000 // Fax: (650) 801-5100
Teodora Pasca (admitted *pro hac vice*)
teodorapasca@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, NY 10016-7103
Tel: (212) 849-7000 // Fax: (212) 849-7100

*Attorneys for Defendant/Counter-Claimant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT GRUENDEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIGURE AI, INC.,<br><br>　　　　Defendant.<br><br>――――――――<br><br>FIGURE AI, INC.,<br><br>　　　　Counter-Claimant.<br><br>vs.<br><br>ROBERT GRUENDEL.<br><br>　　　　Counter-Defendant. | Case No.: 5:25-cv-10094-EJD<br><br>**JOINT SUBMISSION**<br><br>**PARTIES' PROPOSED DISCOVERY PLAN**<br><br>Referred to: Hon. Virginia K. DeMarchi<br><br><br>Fact Discovery Cut-off: November 14, 2026<br>Expert Discovery Cut-off: March 15, 2027 |

## I.    INTRODUCTION

This Proposed Discovery Plan ("Plan") is submitted jointly by Plaintiff and Counter-Defendant Robert Gruendel ("Gruendel") and Defendant and Counter-Claimant Figure AI Inc. ("Figure") (collectively, "the Parties") pursuant to the Court's July 6, 2026 Order (Dkt. No. 46) ("the Order").

As directed by the Court, the Parties met and conferred on July 17, 2026 and now jointly submit this Plan. The Parties further confirm their compliance with paragraphs 1 through 5 of the Order.

The Parties acknowledge that all fact discovery must be completed by the close of fact discovery on November 14, 2026. The Parties further acknowledge their continuing obligations to supplement discovery responses pursuant to Federal Rule of Civil Procedure 26(e).

## II.    PROPOSED PLAN

A. **ESI Protocol.** The Parties are working on an ESI Protocol, and shall meet and confer as needed and use best efforts to finalize this no later than August 5, 2026. The ESI Protocol shall address, at a minimum: (i) search terms and/or technology-assisted review methodology; (ii) format of document productions; (iii) de-duplication procedures; and (iv) handling of metadata. The ESI Protocol shall apply to all future document productions in this action.

B. **Discovery Deficiencies and Supplemental Responses.** On July 1, 2026, the Parties exchanged deficiency letters regarding their respective First Sets of Written Discovery Requests, which included Requests for Admission, Interrogatories, and Requests for Production of Documents. To the extent either Party wishes to supplement any of their responses, these supplemental responses will be served no later than August 19, 2026. If deficiencies remain following the service of supplemental responses, the Parties shall meet and confer no later than September 2, 2026, before raising any unresolved disputes with the Court pursuant to Judge DeMarchi's Standing Order for Civil Cases.

C. **Privilege Logs.** Privilege logs shall be exchanged no later than September 16, 2026 for all productions made by that date. Supplemental privilege logs shall be exchanged no later than October 14, 2026, to cover any documents produced after the initial privilege log exchange. Privilege logs shall comply with the requirements of Federal Rule of Civil Procedure 26(b)(5)(A) and the parties' ESI Protocol.

D. **Substantial Completion of Document Production.** The Parties will substantially complete document productions no later than September 30, 2026.

E. The Parties further agree that the following deadlines shall govern discovery and pretrial proceedings in this action:

| Event | Proposed Deadline |
|---|---|
| Parties finalize ESI Protocol | August 5, 2026 |

| | |
|---|---|
| Supplemental responses to First Set of Written Discovery | August 19, 2026 |
| Second meet-and-confer re: deficiencies in supplemental responses (if necessary) | September 2, 2026 |
| Initial privilege logs exchanged | September 16, 2026 |
| Substantial completion of document production | September 30, 2026 |
| Supplemental privilege logs exchanged | October 14, 2026 |
| All depositions noticed and scheduled | October 14, 2026 |
| Trial Setting Conference | October 14, 2026 |
| All fact depositions completed | November 14, 2026 |
| Close of fact discovery | November 14, 2026 |
| Opening expert disclosures (Fed. R. Civ. P. 26(a)(2)) | January 15, 2027 |
| Rebuttal expert disclosures | February 15, 2027 |
| Close of expert discovery | March 15, 2027 |
| Dispositive motions due | April 15, 2027 |
| Last day to hear dispositive and *Daubert* motions | August 19, 2027 |

Dated: July 23, 2026

Respectfully submitted,

**THE OTTINGER FIRM, P.C.**

/s/ Allison Marculitis

_____
ROBERT W. OTTINGER
ALLISON MARCULITIS

*Counsel for Plaintiff/Counter-Defendant*
*Robert Gruendel*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ Sara Pollock

_____
VIOLA TREBICKA
SARA POLLOCK
TEODORA PASCA

*Counsel for Defendant/Counter-Claimant*
*Figure AI, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

ROBERT GRUENDEL,

        Plaintiff,

vs.

FIGURE AI, INC.,

        Defendant.

FIGURE AI, INC.,

        Counter-Claimant.

vs.

ROBERT GRUENDEL.

        Counter-Defendant.

Case No.: 5:25-cv-10094-EJD

**[PROPOSED] ORDER RE: PARTIES' DISCOVERY PLAN**

Referred to: Hon. Virginia K. DeMarchi

Fact Discovery Cut-off: November 14, 2026
Expert Discovery Cut-off: March 15, 2027

Having considered the Parties' Joint Submission of Their Proposed Discovery Plan filed on July 23, 2026, pursuant to this Court's July 6, 2026 Order (Dkt. No. 46), and good cause appearing, the Court hereby **ORDERS** as follows:

The following deadlines shall govern discovery and pretrial proceedings in this action:

| Event | Date/Deadline |
| --- | --- |
| Parties finalize ESI Protocol | August 5, 2026 |
| Supplemental responses to First Set of Written Discovery | August 19, 2026 |
| Second meet-and-confer re: deficiencies in supplemental responses (if necessary) | September 2, 2026 |
| Initial privilege logs exchanged | September 16, 2026 |
| Substantial completion of document production | September 30, 2026 |
| Supplemental privilege logs exchanged | October 14, 2026 |
| All fact depositions noticed and scheduled | October 14, 2026 |
| Close of fact discovery | November 14, 2026 |
| Opening expert disclosures (Fed. R. Civ. P. 26(a)(2)) | January 15, 2027 |

| Rebuttal expert disclosures | February 15, 2027 |
|---|---|
| Close of expert discovery | March 15, 2027 |
| Dispositive motions due | April 15, 2027 |
| Last day to hear dispositive and Daubert motions | August 19, 2027 |

This Order may be modified for good cause shown upon stipulation of the parties or motion.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge