**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT GRUENDEL, | Case No. 5:25-cv-10094-EJD |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| FIGURE AI, INC., | |
| Defendant. | |

On March 3, 2026, the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Joint Case Management Statement, the discussions held at the conference, and the Parties' July 23, 2026, Joint Proposed Case Schedule,

IT IS HEREBY ORDERED that the Court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. The parties may request leave to conduct additional discovery should they feel such discovery is necessary, although the Court cautions the parties that they should not plan their discovery strategies on the assumption that leave will be granted.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference."

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Finalize ESI Protocol | August 5, 2026 |
| Supplemental Responses to Written Discovery [Set No. 1] | August 19, 2026 |
| Second Meet and Confer re Deficiencies in Supplemental Responses | September 2, 2026 |
| Exchange of Initial Privilege Logs | September 16, 2026 |
| Substantial Completion of Document Production | September 30, 2026 |
| Exchange of Supplemental Privilege Logs | October 14, 2026 |
| Fact Discovery Cutoff | November 14, 2026 |
| Joint Trial Setting Conference Statement *(see Section IV(C)(2) of Standing Order for Civil Cases)* | November 19, 2026 |
| Trial Setting Conference *(see Section IV(C)(1) of Standing Order for Civil Cases)* | December 3, 2026, at 11:00 a.m. |
| Designation of Opening Experts with Reports | January 15, 2027 |
| Designation of Rebuttal Experts with Reports | February 15, 2027 |
| Expert Discovery Cutoff | March 15, 2027 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] *(see Section IV and V of Standing Order for Civil Cases)* | April 15, 2027 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's Standing Order is also available on the Court's website at https://cand.uscourts.gov/judges/ejd/davila-edward-j.

CASE MANAGEMENT ORDER
CASE NO. 25-CV-10094-EJD

United States District Court
Northern District of California

and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated:  July 28, 2026

_____
EDWARD J. DAVILA
United States District Judge

CASE MANAGEMENT ORDER
CASE NO. 25-CV-10094-EJD