# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Robert Gruendel | CASE No C  5:25-cv-10094-EJD |
| Plaintiff(s) |  |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| Figure AI Inc. |  |
| Defendant(s) |  |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
    The parties have tentatively agreed to private mediation and are conferring regarding mediators and logistics.

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☐ other requested deadline:

Date: 08/07/2026          /s/ Allison Marculitis
                              Attorney for Plaintiff

Date: 08/07/2026          /s/ Teodora Pasca
                              Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:    August 10, 2026

EDWARD J. DAVILA
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: *"Stipulation & Proposed Order Selecting Mediation"* or *"Stipulation & Proposed Order Selecting ENE"* or *"Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*