Robert W. Ottinger (SBN 156825)
robert@ottingerlaw.com
Jenna R. Avila (SBN 307639)
jenna@ottingerlaw.com
Lauren R. Reznick (SBN 310665)
lauren@ottingerlaw.com
**THE OTTINGER FIRM, P.C.**
535 Mission Street, 14th Floor
San Francisco, CA 94105
Tel: 415-262-0096
Fax: 212-571-0505

*Attorneys for Plaintiff and Counter-Defendant Robert Gruendel*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
Mikayla Wasiri (Bar No. 333890)
mikaylawasiri@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel: (213) 443-3000 // Fax: (213) 443-3100

Sara Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Tel: (650) 801-5000 // Fax: (650) 801-5100

Teodora Pasca (admitted *pro hac vice*)
teodorapasca@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016-7103
Tel: (212) 849-7000 // Fax: (212) 849-7100

*Attorneys for Defendant/Counter-Claimant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT GRUENDEL,<br><br>Plaintiff,<br><br>vs.<br><br>FIGURE AI INC.,<br><br>Defendant. | Case No.: 5:25-cv-10094-EJD<br><br>**JOINT STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 FOR ORDER TO PERMIT DEPOSITION OF BRETT ADCOCK OUTSIDE FACT DISCOVERY CUT-OFF; DECLARATION OF VIOLA TREBICKA; [PROPOSED] ORDER** |
| FIGURE AI INC.,<br><br>Counter-Claimant.<br><br>vs.<br><br>ROBERT GRUENDEL.<br><br>Counter-Defendant. | |

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) and Civil Local Rules 6-2 and 7-12, Plaintiff and Counter-Defendant Robert Gruendel ("Plaintiff") and Defendant and Counter-Claimant Figure AI Inc. ("Figure") (together, the "Parties") jointly stipulate and request that the Court modify the Case Management Order (Dkt. 48) to allow the deposition of Brett Adcock to occur outside the fact discovery cut-off of November 14, 2026.

**STIPULATION**

1. The Case Management Order set a fact discovery cut-off of November 14, 2026. Dkt. 48. It referred all discovery disputes to the assigned Magistrate Judge. *Id.*

2. The Parties have agreed that Brett Adcock's deposition may occur on December 9, 2026, after the fact discovery cut-off, either to be taken remotely or in Palo Alto, California.

3. Good cause exists under Rule 16(b)(4) to permit this deposition to proceed outside the fact discovery cut-off, including due to efforts to mediate this matter.

4. This is the first time the Parties have sought to extend the case schedule. The extension would leave every other deadline in the Case Management Order unchanged, and no trial date has been set.

5. Fact discovery for all other purposes closes on November 14, 2026, subject to the parties' pending joint motion to extend discovery for certain other purposes [Dkt. No. 59]. All other deadlines and provisions of the Case Management Order (Dkt. 48) remain in effect.

6. This request is supported by the accompanying Declaration of Viola Trebicka, submitted pursuant to Civil L.R. 6-2(a).

DATED: November 8, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Viola Trebicka*
Viola Trebicka

*Attorney for Defendant/Counter-Claimant Figure AI Inc.*

THE OTTINGER FIRM, P.C.

By */s/Lauren R. Reznick*
Lauren R. Reznick

*Attorney for Plaintiff/Counter-Defendant Robert Gruendel*

**DECLARATION OF VIOLA TREBICKA PURSUANT TO CIVIL L.R. 6-2(a)**

I, VIOLA TREBICKA, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendant and Counter-Claimant Figure AI Inc. I have personal knowledge of the facts below and could testify competently to them. I submit this declaration under Civil L.R. 6-2(a).

2. **Reasons for the requested extension (Civil L.R. 6-2(a)(1)).** The requested extension is necessary to allow parties an opportunity to engage in mediation.

3. **Efforts to resolve without a Court order.** The Parties have resolved this issue by agreement. However, a Court order is required to modify the Case Management Order.

4. **Previous time modifications (Civil L.R. 6-2(a)(2)).** This is the first time the Parties have sought an extension of the Case Management Order for any reason. The following previous time modifications have been made in this action: (a) by stipulation filed December 19, 2025, Figure's deadline to respond to the Complaint was extended to January 16, 2026 (Dkt. 15); (b) by stipulation and order entered January 30, 2026, the deadline to exchange initial discovery under General Order 71 was extended to March 17, 2026 (Dkts. 23, 27); and (c) by stipulation and order entered February 13, 2026, the Initial Case Management Conference was rescheduled (Dkts. 32, 33).

5. **Effect on the case schedule (Civil L.R. 6-2(a)(3)).** The requested modification would not affect the case schedule.

Executed on November 8, 2026, at Los Angeles, California.

*/s/ Viola Trebicka*
Viola Trebicka

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulated Request Pursuant to Civil L.R. 6-2, the supporting declaration, and good cause appearing under Federal Rule of Civil Procedure 16(b)(4), the Court GRANTS the request and ORDERS as follows:

1. The fact discovery cutoff in the Case Management Order (Dkt. 48) is extended from November 14, 2026 to December 29, 2026 to permit the deposition of Brett Adcock, which the Parties have agreed will be re-noticed and occur on December 9, 2026, either to be taken remotely or in Palo Alto, California.

2. Fact discovery for all other purposes closes on November 14, 2026. All other deadlines and provisions of the Case Management Order (Dkt. 48) remain in effect.

**IT IS SO ORDERED.**

Dated: ____________________________

____________________________________
Hon. Edward J. Davila
United States District Judge