**THE OTTINGER FIRM, P.C.**
Robert W. Ottinger (SBN 156825)
Jenna R. Avila (SBN 307639)
535 Mission St, 14th Floor
San Francisco, CA 94105
Tel: 415-262-0096
Fax: 212-571-0505
robert@ottingerlaw.com
jenna@ottingerlaw.com

*Attorneys for Plaintiff and Counter-Defendant Robert Gruendel*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
Mikayla Wasiri (Bar No. 333890)
mikaylawasiri@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Sara Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Teodora Pasca (admitted *pro hac vice*)
teodorapasca@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016-7103
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant and Counter-Claimant Figure AI Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ROBERT GRUENDEL,

Plaintiff,

vs.

FIGURE AI, INC.,

Defendants.

FIGURE AI, INC.,

Counter-Claimant,

vs.

ROBERT GRUENDEL,

Counter-Defendant

Case No.: 25-cv-10094-EJD-VKD

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE TRIAL SETTING CONFERENCE AND RELATED DEADLINE; DECLARATION OF JENNA R. AVILA IN SUPPORT [Civil L.R. 6-2]**

Plaintiff and Counter-Defendant Robert Gruendel ("Plaintiff") and Defendant and Counter-Claimant Figure AI, Inc. ("Figure") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court set a Trial Setting Conference in this action for December 3, 2026 at 11:00 a.m., and the Parties' Joint Trial Setting Conference Statement is due November 19, 2026;

WHEREAS, the Parties are engaged in continued settlement discussions and request a continuance in order to focus their efforts on resolution of this action;

WHEREAS, the Parties have previously stipulated to modifications of time in this action, including an extension of the deadline for initial discovery under General Order 71 (Dkt. 23); an extension of the fact discovery cutoff for limited purposes, which the Court granted on November 9, 2026 (Dkt. 60); and a stipulation regarding the deposition of Brett Adcock, which the Court granted on November 9, 2026 (Dkt. 61);

WHEREAS, the requested continuance will not affect any other deadline set by the Court;

///

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court:

1. Extend the deadline for the Parties to file their Joint Trial Setting Conference Statement from November 19, 2026 to November 30, 2026; and

2. Continue the Trial Setting Conference by one week, from December 3, 2026 to December 10, 2026 at 11:00 a.m., or a later date convenient to the Court.

**IT IS SO STIPULATED.**

Dated: November 19, 2026

**THE OTTINGER FIRM, P.C.**

/s/ Jenna R. Avila
Robert W. Ottinger, Esq.
Jenna R. Avila, Esq.
*Attorneys for Plaintiff and Counter-Defendant Robert Gruendel*

Dated: November 19, 2026

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

/s/ Viola Trebicka
Viola Trebicka, Esq.
Sara Pollock, Esq.
Teodora Pasca, Esq.
*Attorneys for Defendant and Counter-Claimant Figure AI, Inc.*

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Parties shall file their Joint Trial Setting Conference Statement no later than November 30, 2026.

2. The Trial Setting Conference set for December 3, 2026 is CONTINUED to December 10, 2026 at 11:00 a.m., or such other date as the Court may set.

IT IS SO ORDERED.

Dated: November 20, 2026

Hon. Edward J. Davila
United States District Judge